UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

Richard Light                                   :
:
                        Petitioner,             :
:                       08  Civ. 1853 (PKC)
            -against-                           :
:                            ORDER
:
COMMISSIONER OF SOCIAL SECURITY,                :
:
                        Respondent.             :
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

   Respondent shall answer the petition within sixty (60) days from the date of this

Order.    At the time of filing the answer, Respondent shall submit a memorandum of law

arguing the application of legal principles to the facts developed in the record before the

administrative agency.    Petitioner shall respond within thirty days of the filing of such

memorandum.  Respondent may reply fifteen (15) days after the filing of Petitioner's response

without further evidence or argument, the Court will then "enter, upon the pleadings and

transcript of the record, a judgment affirming, modifying, or reversing the decision of the

Commissioner of Social Security, with or without remanding the cause for a rehearing."  42

U.S.C § 405(g).

   The Clerk shall serve a copy of this Order, the underlying complaint, and

supporting documents, if any, contained in the Clerk's file by first-class mail, upon the U.S.

Attorney and shall also mail a copy of this Order to the Petitioner.

   SO ORDERED.

                                        P. Kevin Castel
                                        U.S.D.J.

Dated: New York, New York
   March 3, 2008