MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
RICHARD J. LIGHT,                :
                                 :
          Plaintiff,             :
                                 :
     - v. -                      :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   08 Civ. 1853 (PKC)
Commissioner of                  :
Social Security,                 :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 2, 2008 to and including July 2, 2008. The reason for the request is because the

defendant's counsel has not yet been able to complete his review of the administrative record. No prior extension has been requested in this case.

Dated: New York, New York
April 14, 2008

                              CENTER FOR DISABILITY ADVOCACY
                                RIGHTS, INC.
                              Attorneys for Plaintiff

By: _____
      CHRISTOPHER J. BOWES, ESQ.
      100 Lafayette Street
        Suite 304
      New York, New York   10013
      Telephone No.: (212) 979-0505

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

4-21-08