**U.S. Department of Justice**



RECEIVE
JUL 0 7 2008

MEMO ENDORSED

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

*86 Chambers Street*
*New York, New York 10007*

July 2, 2008

BY HAND
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

    Re:   Richard Light   v.   Astrue
          08 Civ. 1853 (PKC)

**Application Granted.**

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

Dear Judge Castel:

        This Office represents the Commissioner of Social
Security, defendant in this action.  I write respectfully to
request an extension of defendant's time to file an answer or
move with respect to the complaint.

        The answer is due today, July 2, 2008.  This case was
recently assigned to me, and because I have not yet completed my
review of the administrative record, I respectfully request that
the time in which to answer or move with respect to the complaint
be extended by thirty days, to August 1, 2008.  This is the
government's second request for an extension.  Plaintiff has
kindly consented to this request.

OK

        Thank you for your consideration of this matter.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

        By:   Susan C. Branagan

                        SUSAN C. BRANAGAN
                        Assistant United States Attorney
                        Telephone: (212) 637-2804
                        Fax: (212) 637-2750

cc:   Christopher J. Bowes, Esq.